UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS JAMES MOORE,

    Petitioner,

v.    Case No. 3:06-cv-127-J-34

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

1. Petitioner's Motion to Compel Service of Documents Identified in Notice of Filing Exhibits and Master Index to Exhibits (Doc. 28) is **GRANTED** only to the extent that the Respondents must provide the appendix (exhibits 1-98) to Petitioner **no later than August 10, 2016.** Additionally, the parties may supplement the record with any documents they determine are relevant to the issues before the Court.

2. Petitioner's Motion to Stay Proceedings Pending the Florida Supreme Court's Decision Regarding Availability of Collateral Remedies for Claims Premised Upon Hurst v. Florida (Doc. 32) is **GRANTED.**

3. This case is hereby **STAYED** pending the resolution by the Florida Supreme Court of the impact of the Hurst v. Florida, 136 S.Ct. 616 (2016) decision, including any decisions rendered in Lambrix v. State of Florida, SC16-56, Asay v. State of Florida, SC16-223, and Perry v. State of Florida, SC16-547.

4.  Petitioner's Motion for Leave to File Reply to Response to Petitioner's Motion to Compel Service of Exhibits (Doc. 31) is **DENIED without prejudice** to renewal if appropriate following the Florida Supreme Court's resolution of Hurst v. Florida.

5.  The Clerk is directed to administratively close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of August, 2016.

MARCIA MORALES HOWARD
United States District Judge

sc 8/1
c:
Counsel of Record