UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS JAMES MOORE,

    Petitioner,

v.    Case No.: 3:06-cv-127-J-34

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

_____/

## ORDER

On August 1, 2016, the Court stayed this and other death penalty proceedings pending the Florida Supreme Court's decision in various cases addressing the impact of Hurst v. Florida, — U.S. —, 136 S. Ct. 616, 193 L.Ed.2d 504 (2016), including Lambrix v. State, SC16–56, Asay v. State, SC16–223, and Hurst v. State, SC12–1947. The Florida Supreme Court has decided these cases,[1] although there may be others still pending that warrant continuing the stay.

In light of the above, the Court will lift the stay and direct the parties to advise the Court how the case should proceed.

Accordingly, it is hereby **ORDERED**:

---

[1] See Lambrix v. State, — So. 3d —, 2017 WL 931105 (Fla. Mar. 9, 2017); Asay v. State, 210 So. 3d 1 (Fla. Dec. 22, 2016); Hurst v. State, 202 So. 3d 40 (Fla. Oct. 14, 2016).

1

1. The Clerk shall **LIFT THE STAY** and **ADMINISTRATIVELY REOPEN** this case.

2. No later than **July 14, 2017**, the parties shall advise the Court how to proceed. If either party believes that the Court should reinstate the stay, (s)he should explain the reasons why.

**DONE AND ORDERED** at Jacksonville, Florida this 16th day of May, 2017.

MARCIA MORALES HOWARD
United States District Judge

caw 5/15

Copies:

Counsel of record
Petitioner