UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**THOMAS JAMES MOORE,**

    **Petitioner,**

v.                                        CASE NO. 3:06-CV-00127-J-34
                                          DEATH PENALTY CASE

**SECRETARY, DEPARTMENT
OF CORRECTIONS, ET AL.,**

    **Respondents.**
_____/

## RESPONSE TO ORDER ENTERED MAY 16, 2017

COME NOW, the Respondents, Secretary, Department of Corrections, et. al., by and through the undersigned counsel, and hereby file this Response to the Court's order entered May 16, 2017, lifting the stay that had been entered pursuant to *Hurst v. Florida*, 136 S. Ct. 616 (2016), and state the following:

On May 16, 2017, this Honorable Court entered an order lifting the stay and reopening the case. The Court further required that the parties advise the Court how to proceed.

It is Respondents' position that all the pleadings have been completed, and there is nothing left to do other than for the Court to rule on Petitioner's petition for

writ of habeas corpus and Respondents' response to the petition.

There is no reason to reinstate the stay given that Petitioner's case was final in 1998, and *Hurst* does not retroactively apply to Petitioner's case.[1]

**CONCLUSION**

WHEREFORE, the Respondents respectfully requests that this Honorable Court rule on the petition for writ of habeas corpus.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

 /s/ Christina Z. Pacheco
Christina Z. Pacheco
Assistant Attorney General
Florida Bar No. 71300
Office of the Attorney General
3507 East Frontage Road, Suite 200
Tampa, Florida 33607-7013
Telephone: (813) 287-7910
Facsimile: (813) 281-5501
capapp@myfloridalegal.com [and]
christina.pacheco@myfloridalegal.com

Counsel for Respondents

---

[1] *See* Respondents' answer to petition for writ of habeas corpus along with the notice of supplemental authority for argument and authority on this point.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Martin J. McClain, Esquire, McClain & McDermott, P.A., 141 N.W. 30th Street, Wilton Manors, Florida 3334, **martymcclain@earthlink.net**.

                                      /s/ Christina Z. Pacheco
                                      CHRISTINA Z. PACHECO
                                      Assistant Attorney General