UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS JAMES MOORE,

        Petitioner,

v.                                                     Case No. 3:06-cv-127-J-34

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
et al.,

        Respondents.
_____

## ORDER

On January 2, 2019, the Court granted Thomas Moore's Motion for Extension of Time to File Reply to Respondents' Answer to Amended Petition and ordered the Reply to be filed by January 29, 2019. Doc. 44. Moore has failed to timely file a Reply. Accordingly, by **March 4, 2019**, Moore must either file a Reply to Respondents' Response or notify the Court that he does not intend to reply, but instead will rely on his assertions and claims as stated in the Amended Petition. If Moore fails to reply or file a notice, the Court will consider the case to be ripe, and all briefing will be closed.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of February, 2019.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

Jax-8
C:    Petitioner
       Counsel of record