UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS JAMES MOORE,

        Petitioner,

v.                                      Case No. 3:06-cv-127-J-34

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
et al.,

        Respondents.
_____

## ORDER

      This matter comes before the Court on Thomas Moore's Motion Requesting that Either Respondents be Ordered to File Legible Exhibits with a Complete Index or Alternatively that this Court Authorize Petitioner's Counsel to Scan and File the Fully Paginated State Court Records on Appeal (Motion; Doc. 50) filed on March 21, 2019. In the Motion, Moore "requests that either this Court direct Respondents to file and serve legible exhibits with a complete index, or alternatively, authorize Mr. Moore's undersigned counsel to have the state court record on appeal scanned and electronically filed with this Court." Motion at 1. Respondents filed a brief in response on March 22, 2019. See Amended Objection to Petitioner's Motion concerning Respondents' Exhibits and Motion to Enforce Court Orders Regarding the Deadline for the filing of Petitioner's Reply (Response; Doc. 52). In the Response, Respondent contends that the Motion is a delay tactic because Moore's counsel had these documents and the opportunity to challenge them for 956 days and counsel is already in possession of all of Moore's state appellate

court records. Response at 7-8. Moreover, Respondents maintain that they cannot control how the state court clerk compiled the records and they have otherwise been forthcoming with Moore and his counsel. Id. at 8-9. Respondents additionally request that the Court preclude Moore from filing an additional reply and consider this case ripe for adjudication. Id. at 9-10.

Rule 7 of the Rules Governing Section 2254 Cases provides, "If the petition is not dismissed, the judge may direct the parties to expand the record by submitting additional materials relating to the petition." The Court notes that on August 1, 2016, the Court granted in part Moore's Motion to Compel and advised the parties that they "may supplement the record with any documents they determine are relevant to the issues before the Court." Doc. 33 at 1. Pursuant to the Court's previous order and to Rule 7 of the Rules Governing Section 2254 Cases, Moore's Motion is due to be granted to the extent that he may supplement the record with any documents he deems relevant to the issues before the Court or with records contained in Respondents' exhibits that he considers incomplete or illegible. Additionally, Respondents request to consider this case ripe is due to be denied in light of the Court's decision to allow Moore the opportunity to enlarge the record.

Accordingly, it is

**ORDERED AND ADJUDGED** that:

1) The Motion is **GRANTED in part** to the extent that Moore may supplement the record with any documents he considers relevant or from the state court records on appeal that Moore believes were not completely and legibly provided in Respondents'

exhibits. Any supplemental records must be filed with the Court by May 3, 2019. The Motion is otherwise **DENIED.**

      2)      Respondent's request to consider this case ripe is **DENIED**. Moore shall file his Reply to Respondent's Response by June 3, 2019.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of April, 2019.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

Jax-8

C:      Counsel of record