UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS JAMES MOORE,

    Petitioner,

v.    Case No.: 3:06-cv-127-MMH

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

_____

## ORDER

Marie F. Donnelly of the Office of the Capital Habeas Unit for the Middle District of Florida (CHU) moves to substitute counsel for Petitioner as his sole counsel, Martin McClain, has died (Doc. 53). There is no opposition to the Motion. Because Petitioner will be represented by counsel and counsel's substitution will have no effect on case management, the Court **grants** the Motion (Doc. 53); appoints the CHU to represent Petitioner; and directs the **Clerk** to amend the docket accordingly.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of April, 2022.

MARCIA MORALES HOWARD
United States District Judge

caw 4/12

c:   Counsel of Record